Steven C. Moore, Esq., Colorado Bar #009863
Walter R. Echo-Hawk, Esq., Colorado Bar #005216
K. Jerome Gottschalk, Esq., New Mexico Bar #3799
NATIVE AMERICAN RIGHTS FUND
1506 Broadway
Boulder, Colorado 80302-6296
smoore@narf.org

Damon Williams, Esq., Kansas Bar #20943
Amelia C. Holmes, Esq.  Kansas Bar #20346
Kickapoo Tribal Legal Department
KICKAPOO TRIBE IN KANSAS
Post Office Box 110
1107 Goldfinch Road
Horton, Kansas 66439
holmesameliac@yahoo.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

_____
                                          )
KICKAPOO TRIBE OF INDIANS OF THE          )
KICKAPOO RESERVATION IN KANSAS,           )
                                          )
        Plaintiff,                        )
                                          )  No. 06-2248 CM-DJW
        v.                                )
                                          )
ARLEN LANCASTER, at al.                   )
                                          )
        Defendant.                        )
                                          )
_____

**PLAINTIFF'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, and Rule 56.1 of the local Kansas District Court Rules, the plaintiff Kickapoo Tribe of Indians of the Kickapoo Reservation in Kansas ("Tribe") moves this Court for an order granting partial summary judgment as to the existence, scope, nature and priority date of the plaintiff's reserved Indian water rights to the

waters of the Delaware River watershed. The accompanying memorandum of law and supporting evidence, together with the records and files of this case, demonstrate that there are no genuine issues of material facts and movant is entitled to summary judgment as a matter of law on the following questions of federal law:

1. The Treaty of Castor Hill of October 24, 1832 (7 Stat. 391), which established the Kickapoo Reservation in Kansas, implicitly reserved waters from the Delaware River watershed for the Kickapoo Tribe in sufficient quantities necessary to fulfill the purposes for which the reservation was established.

2. The purposes of the Kickapoo Reservation for which said water was reserved include municipal, domestic, agricultural, homeland, economic development, and hunting and fishing purposes.

3. The priority date of the Tribe's reserved Indian water right is October 24, 1832.

4. The quantity of water from the Delaware River watershed reserved to the Tribe by the treaty is an amount necessary to satisfy the present and future municipal, domestic, agricultural, homeland, and hunting and fishing needs of the Tribe.

5. The United States owns the legal title to the Tribe's reserved Indian water rights in trust for the Kickapoo Tribe. As owner of the underlying legal title to the tribal water rights, and as the Tribe's federal trustee, the United States and its several Executive Branch departments – notably in this case the Departments of Interior and Agriculture – have a legal obligation to protect and preserve those *Winters* water rights.

WHEREFORE, the plaintiff respectfully requests that the Court enter an order granting summary judgment as the existence, scope, nature and priority date of the plaintiff's reserved Indian water rights to the Delaware River, and legal obligations of the United States, as

set forth immediately above.  Oral argument on this motion is requested at a time to be set by the Court.

Dated this 7th day of November, 2006.

                        Respectfully submitted,

                        s/Walter R. Echo-Hawk_____
                        Walter R. Echo-Hawk, Esq., Colorado Bar #5216
                        Steven C. Moore, Esq., Colorado Bar #9863
                        K. Jerome Gottschalk, Esq. New Mexico Bar #3799
                        **NATIVE AMERICAN RIGHTS FUND**
                        1506 Broadway
                        Boulder, CO 80302-6296
                        smoore@narf.org

                        \_s/Damon Williams_____
                        Damon Williams, Esq. Kansas Bar #20943
                        Amelia C. Holmes, Esq. Kansas Bar #20346
                        Kickapoo Tribal Legal Department
                        **KICKAPOO TRIBE IN KANSAS**
                        Post Office Box 110
                        1107 Goldfinch Road
                        Horton, Kansas 66439
                        holmesameliac@yahoo.com

                        ATTORNEYS FOR THE PLAINTIFF

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the _7th_ day of November, 2006, the foregoing Plaintiff's First Motion for Partial Summary Judgment was filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| Damon K. Williams | dkeone@yahoo.com |
| Kim Jerome Gottschalk | jeronimo@narf.org |
| Steven Carl Moore | smoore@narf.org |
| Walter R. Echo-Hawk | wechohwk@narf.org |
| Daniel G. Steele | daniel.steele@usdoj.gov |
| Robin Barkett Moore | robin.moore@usdoj.gov |
| David W. Davies | daviesd@ksag.org |
| David M. Traster | dtraster@foulston.com |
| Jay F. Fowler | jfowler@foulston.com |
| Timothy B. Mustaine | tmustaine@foulston.com |
| J. Steven Massoni | jsm@massonilaw.com |

s/Amelia C. Holmes____
Amelia C. Holmes
Kickapoo Tribal Legal Department
**KICKAPOO TRIBE IN KANSAS**
Post Office Box 110
1107 Goldfinch Road
Horton, Kansas 66439
holmesameliac@yahoo.com