IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KICKAPOO TRIBE OF INDIANS OF THE KICKAPOO RESERVATION IN KANSAS (also known as the KICKAPOO TRIBE IN KANSAS),<br><br>    Plaintiff,<br><br>vs.<br><br>ARLEN LANCASTER, in his official capacity as Chief, NATURAL RESOURCES CONSERVATION SERVICE, UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>    Defendants. | ) ) ) ) ) ) ) ) Case No. 06-2248-CM-DJW ) ) ) ) ) ) ) ) |

**MOTION TO DISMISS THE INDIVIDUAL BOARD MEMBERS OF
THE NEMAHA BROWN WATERSHED JOINT DISTRICT NO. 7**

COME NOW the individual Board members of the Nemaha Brown Watershed Joint District No. 7, namely: Dexter Davis, Wayne Heiniger, Glenn Hennigan, Leo Wessel, Rodney Lierz, Jim Renyer, Roger Ploeger, David Zeit, and Rodney Heinen, and pursuant to Fed. R. Civ. P. 12(b)(6), move the Court for an Order dismissing the Plaintiff's claims against them in their individual capacities because the Board members are protected from all of the Plaintiff's claims by absolute legislative immunity.

IN SUPPORT HEREOF, said Defendants are contemporaneously filing a Memorandum in Support of this Motion.

WHEREFORE, said Defendans hereby pray that the Court grant the relief requested.

Respectfully submitted,

*s/David M. Traster*
David M. Traster, KS #11062
FOULSTON SIEFKIN LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, Kansas 67206-4466
Telephone: 316-291-9725
Fax: 866-347-3138
dtraster@foulston.com

*Attorneys for Nemaha Brown Watershed Joint District No. 7, Dexter Davis, Wayne Heiniger, Glenn Hennigan, Leo Wessel, Rodney Lierz, Jim Renyer, Roger Ploeger, David Zeit, and Rodney Heinen*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of February, 2012, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system that will send notice of electronic filing to the following:

*Attorneys for Plaintiff*:

Steven C. Moore                smoore@narf.org
Kim J. Gottschalk              jeronimo@narf.org
Native American Rights Fund
1506 Broadway
Boulder, CO 80302

Steven A. Campbell             steve.campbell@ktik-nsn.gov
Ilse L. Smith                  ilse.smith@ktik-nsn.gov
Amelia C. Holmes               holmesameliac@yahoo.com
Kickapoo Tribe Legal Dept.
P. O. Box 110
1107 Goldfinch Road
Horton, KS 66439

*Attorneys for Defendant, Michael Black:*

Daniel G. Steele        daniel.steele@usdoj.gov
U.S. Department of Justice
P. O. Box 663
Washington, DC 20044-0663

and

Robin Barkett Moore        robin.moore@usdoj.gov
Office of the United States Attorney
301 N. Main Street, Suite 1200
Wichita, KS 67202-4812

*Attorney for Defendant, David Barfield:*

Christopher M. Grunewald        chris.grunewald@ksag.org
Office of the Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612-1597


                              *s/David M. Traster*_____
                              David M. Traster, KS #11062