**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| KICKAPOO TRIBE OF INDIANS OF THE KICKAPOO RESERVATION IN KANSAS,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL BLACK, in his official capacity as Director, BUREAU OF INDIAN AFFAIRS, UNITED STATES DEPARTMENT OF INTERIOR, *et al.*,<br><br>Defendants. | No. 06-2248-CM-DJW |

**NEMAHA BROWN WATERSHED JOINT DISTRICT NO. 7'S**
**MOTION FOR SUMMARY JUDGMENT**

Defendant Nemaha Brown Watershed Joint District No. 7 respectfully moves the Court for summary judgment in its favor against plaintiff, Kickapoo Tribe of Indians of the Kickapoo Reservation in Kansas, pursuant to Fed. R. of Civ. P. 56.

IN SUPPORT of its Motion for Summary Judgment, the Watershed District states that there are no disputes of material fact related to this Motion and the Watershed District is entitled to judgment as a matter of law.

IN FURTHER SUPPORT HEREOF, the Watershed District submits its Memorandum in Support of this Motion and the Exhibits thereto.

        Respectfully submitted,

*s/David M. Traster*
David M. Traster, KS #11062
FOULSTON SIEFKIN LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, Kansas 67206-4466
316-291-9725
866-347-3138 (fax)
dtraster@foulston.com
*Attorneys for the Nemaha Brown Watershed Joint District No. 7*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of January, 2013, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system that will send notice of electronic filing to the following:

*Attorneys for Plaintiff:*

| | |
|---|---|
| Steven C. Moore | smoore@narf.org |
| Kim J. Gottschalk | jeronimo@narf.org |
| Native American Rights Fund | |
| 1506 Broadway | |
| Boulder, CO 80302 | |

| | |
|---|---|
| Steven A. Campbell | steve.campbell@ktik-nsn.gov |
| Amelia C. Holmes | holmesameliac@yahoo.com |
| Kickapoo Tribe Legal Dept. | |
| P. O. Box 110 | |
| 1107 Goldfinch Road | |
| Horton, KS 66439 | |

*Attorneys for Defendant, Michael Black:*

Daniel G. Steele  daniel.steele@usdoj.gov
U.S. Department of Justice
P. O. Box 663
Washington, DC 20044-0663

and

Robin Barkett Moore  robin.moore@usdoj.gov
Office of the United States Attorney
301 N. Main Street, Suite 1200
Wichita, KS 67202-4812

*Attorney for Defendant, David Barfield:*

Christopher M. Grunewald  chris.grunewald@ksag.org
Office of the Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612-1597


*s/David M. Traster*
David M. Traster, KS #11062