Steven Carl Moore, Esq., Colorado Bar #9863
K. Jerome Gottschalk, Esq., New Mexico Bar #3799
**NATIVE AMERICAN RIGHTS FUND**
1506 Broadway
Boulder, Colorado 80302-6296
smoore@narf.org


Amelia C. Holmes, Esq.  Kansas Bar #20346
Kickapoo Tribal Legal Department
**KICKAPOO TRIBE IN KANSAS**
Post Office Box 110
1107 Goldfinch Road
Horton, Kansas 66439
holmesameliac@yahoo.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| KICKAPOO TRIBE OF INDIANS OF THE KICKAPOO RESERVATION IN KANSAS, ) ) ) ) Plaintiff, ) ) v. ) ) MICHAEL BLACK, et al. ) ) Defendants. ) ) | No. 06-2248 CM-DJW |

**PLAINTIFF KICKAPOO TRIBE'S MOTION TO STRIKE THE DEFENDANT
WATERSHED DISTRICT'S AFFIDAVITS AND PORTIONS OF DEFENDANT'S
STATEMENT OF UNCONTROVERTED FACTS**

COMES NOW Plaintiff Kickapoo Tribe, and pursuant to Fed. R. Civ. P. 56(e) and D.

Kan. R. 56.1, and D. Kan. R. 7.1, moves the Court for an Order striking the Affidavits of

Watershed District Board President Dexter Davis, Board Members Leo Wessel and Glenn

Hennigan, and former Board Member Wayne Heiniger, and portions of Defendant's "Statement of Uncontroverted Facts" for violations of the aforementioned rules.

IN SUPPORT THEREOF, said Plaintiff is contemporaneously filing a Memorandum in Support.

WHEREFORE, Plaintiff prays that the Court grant the relief requested.

Respectfully submitted this 1st day of March, 2013.

/s/ Steven Carl Moore
_____
Steven Carl Moore, Esq.
K. Jerome Gottschalk, Esq.
**NATIVE AMERICAN RIGHTS FUND**
1506 Broadway
Boulder, Colorado 80302-6296


/s/ Amelia C. Holmes
_____
Amelia C. Holmes, Esq.
**KICKAPOO TRIBE IN KANSAS**
Post Office Box 110
1107 Goldfinch Road
Horton, Kansas 66439

Attorneys for the Kickapoo Tribe in Kansas

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of March, 2013, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system that will send notice of electronic filing to the following:

*Attorneys for Plaintiff:*
Steven C. Moore smoore@narf.org
Kim J. Gottschalk jeronimo@narf.org
Native American Rights Fund
1506 Broadway
Boulder, CO 80302


*Attorneys for Defendant, Michael Black:*
Daniel G. Steele daniel.steele@usdoj.gov
U.S. Department of Justice
P. O. Box 663
Washington, DC 20044-0663
and
Robin Barkett Moore robin.moore@usdoj.gov
Office of the United States Attorney
301 N. Main Street, Suite 1200
Wichita, KS 67202-4812


*Attorney for Defendant, David Barfield:*
Christopher M. Grunewald chris.grunewald@ksag.org
Office of the Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612-1597

*Attorneys for Defendant Nemaha Brown Watershed Joint District #7:*
David M. Traster dtraster@foulston.com
Jay Fowler jfowler@foulston.com
Timothy B. Mustaine tmustaine@foulston.com
Daniel Bullard dbullard@foulston.com
FOULSTON SIEFKIN LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, Kansas 67206-4466
Telephone: 316-291-9725
Fax: 866-347-3138

/s/ *Amelia C. Holmes*
Amelia C. Holmes, Esq.
Kansas Bar #20346