IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KICKAPOO TRIBE OF INDIANS OF THE KICKAPOO RESERVATION IN KANSAS (also known as the KICKAPOO TRIBE IN KANSAS),<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL BLACK, in his official capacity as Director, BUREAU OF INDIAN AFFAIRS, UNITED STATES DEPARTMENT OF INTERIOR, *et al.*,<br><br>Defendants. | Case No. 06-2248-CM-DJW |

**PLAINTIFF KICKAPOO TRIBE'S UNOPPOSED MOTION
FOR CLARIFICATION OF APRIL 8, 2013 ORDER GRANTING THE TRIBE'S AND
THE DEFENDANT NEMAHA BROWN'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE PLEADINGS RELATED TO THE WATERSHED DISTRICT'S
MOTION FOR SUMMARY JUDGMENT AND THE TRIBE'S CROSS-MOTION FOR
SUMMARY JUDGMENT**

COMES NOW the Plaintiff the Kickapoo Tribe and respectfully moves the Court for clarification of its April 8, 2013 Order granting the Tribe's and the Watershed District's unopposed motion for extension of time to file pleadings related to the Watershed District's Motion for Summary Judgment and the Tribe's Cross-Motion for Summary Judgment. More specifically:

On April 4, 2013, the Watershed District and the Tribe filed an unopposed motion for extension of time to file pleadings related to the Watershed District's Motion for Summary Judgment and the Tribe's Cross-Motion for Summary Judgment. (Doc. 272.)

The Court granted the motion on April 8, 2013. (Doc. 273.)

Under the terms of the April 4, 2013 motion and, presumably, the April 8, 2013 Order, **all** of the Tribe's pleadings related to the Watershed District's Motion for Summary Judgment and the Tribe's Cross-Motion for Summary Judgment are due to be filed on May 10, 2013.

On Sunday, April 14, 2013, the Watershed District, among other pleadings, filed a Motion to Strike the Tribe's Cross-Motion for Summary Judgment. (Doc. 278.) This motion is "related to the Tribe's Cross-Motion for Summary Judgment" and, the Tribe believes, is subject to the April 8, 2013 Order of the Court setting May 10, 2013 as the response deadline, as opposed to a possible 14 day filing deadline from April 14, 2013, which would put the deadline at April 28, 2013.

Inasmuch as the Watershed District's Motion to Strike was not filed until after the Court entered its April 8, 2013 Order, the Tribe seeks an Order from the Court clarifying the scope of its April 8, 2013 Order, to encompass the Tribe's response to the Watershed District's Motion to Strike its Cross-Motion for Summary Judgment.

Legal counsel for the Tribe contacted legal counsel for the Watershed District and they are not opposed to the Court entering an Order providing this clarification.

WHEREFORE, the Tribe respectfully requests that the Court enter an Order clarifying that the deadline of **May 10, 2013** includes the Tribe's response to the Watershed District's Motion to Strike the Tribe's Cross-Motion for Summary Judgment.

Respectfully submitted this 23rd day of April, 2013,

/s/ *Steven Carl Moore*_____
Steven Carl Moore, Esq.
K. Jerome Gottschalk, Esq.
**NATIVE AMERICAN RIGHTS FUND**
1506 Broadway
Boulder, Colorado 80302-6296
smoore@narf.org

jeronimo@narf.org

s/ *Amelia C. Holmes*
Amelia C. Holmes, Esq.
**KICKAPOO TRIBE IN KANSAS**
Post Office Box 110
1107 Goldfinch Road
Horton, Kansas 66439
holmesameliac@yahoo.com

*Attorneys for the Kickapoo Tribe in Kansas*

3

# CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of April, 2013, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system that will send notice of electronic filing to the following:

*Attorneys for Plaintiff:*
Steven C. Moore smoore@narf.org
Kim J. Gottschalk jeronimo@narf.org
Native American Rights Fund
1506 Broadway
Boulder, CO 80302


*Attorneys for Defendant, Michael Black:*
Daniel G. Steele daniel.steele@usdoj.gov
U.S. Department of Justice
P. O. Box 663
Washington, DC 20044-0663
and
Robin Barkett Moore robin.moore@usdoj.gov
Office of the United States Attorney
301 N. Main Street, Suite 1200
Wichita, KS 67202-4812


*Attorney for Defendant, David Barfield:*
Christopher M. Grunewald chris.grunewald@ksag.org
Office of the Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612-1597

*Attorneys for Defendant Nemaha Brown Watershed Joint District #7:*
David M. Traster dtraster@foulston.com
Jay Fowler jfowler@foulston.com
Timothy B. Mustaine tmustaine@foulston.com
Daniel Bullard dbullard@foulston.com
FOULSTON SIEFKIN LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, Kansas 67206-4466
Telephone: 316-291-9725
Fax: 866-347-3138

/s/ *Amelia C. Holmes*
Amelia C. Holmes, Esq.
Kansas Bar #20346