Steven Carl Moore, Esq., Colorado Bar #9863
K. Jerome Gottschalk, Esq., New Mexico Bar #3799
**NATIVE AMERICAN RIGHTS FUND**
1506 Broadway
Boulder, Colorado 80302-6296
smoore@narf.org
jeronimo@narf.org


Amelia C. Holmes, Esq.  Kansas Bar #20346
Kickapoo Tribal Legal Department
**KICKAPOO TRIBE IN KANSAS**
Post Office Box 110
1107 Goldfinch Road
Horton, Kansas 66439
holmesameliac@yahoo.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KICKAPOO TRIBE OF INDIANS OF THE KICKAPOO RESERVATION IN KANSAS, )<br><br>Plaintiff, )<br><br>v. )<br><br>MICHAEL BLACK, et al. )<br><br>Defendants. ) | No. 06-2248 CM-DJW |

### PLAINTIFF KICKAPOO TRIBE IN KANSAS
### MOTION FOR SUMMARY JUDGMENT

Plaintiff Kickapoo Tribe in Kansas respectfully moves the Court for summary judgment in its favor against Defendant Nemaha Brown Watershed Joint District No. 7, pursuant to Fed. R. of Civ. P. 56 and D. Kan. R. 56.1.

1

IN SUPPORT of its Motion for Summary Judgment, the Kickapoo Tribe states that there are no disputes of material fact related to this Motion and the Kickapoo Tribe is entitled to judgment as a matter of law.

IN FURTHER SUPPORT HEREOF, the Kickapoo Tribe also submits its Memorandum in Support of this Motion and the Exhibits thereto.

WHEREFORE, Plaintiff prays that the Court grant the relief requested.

Respectfully submitted this 9th day of August, 2013.

/s/ *Steven Carl Moore*
Steven Carl Moore, Esq.
K. Jerome Gottschalk, Esq.
**NATIVE AMERICAN RIGHTS FUND**
1506 Broadway
Boulder, Colorado 80302-6296


/s/ *Amelia C. Holmes*
Amelia C. Holmes, Esq.
**KICKAPOO TRIBE IN KANSAS**
Post Office Box 110
1107 Goldfinch Road
Horton, Kansas 66439

Attorneys for the Kickapoo Tribe in Kansas

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of August, 2013, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system that will send notice of electronic filing to the following:

*Attorneys for Plaintiff:*
Steven C. Moore smoore@narf.org
Kim J. Gottschalk jeronimo@narf.org
Native American Rights Fund
1506 Broadway
Boulder, CO 80302


*Attorneys for Defendant, Michael Black:*
Daniel G. Steele daniel.steele@usdoj.gov
U.S. Department of Justice
P. O. Box 663
Washington, DC 20044-0663
and
Robin Barkett Moore robin.moore@usdoj.gov
Office of the United States Attorney
301 N. Main Street, Suite 1200
Wichita, KS 67202-4812


*Attorney for Defendant, David Barfield:*
Christopher M. Grunewald chris.grunewald@ksag.org
Office of the Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612-1597

*Attorneys for Defendant Nemaha Brown Watershed Joint District #7:*
David M. Traster dtraster@foulston.com
Jay Fowler jfowler@foulston.com
Timothy B. Mustaine tmustaine@foulston.com
Daniel Bullard dbullard@foulston.com
FOULSTON SIEFKIN LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, Kansas 67206-4466
Telephone: 316-291-9725
Fax: 866-347-3138

                          /s/ *Amelia C. Holmes*
                          Amelia C. Holmes, Esq.
                          Kansas Bar #20346